UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHMED M. ELGHEMBRI,

    Plaintiff,

    v.

OFFICER IVAN,

    Defendant.

Case No. 23-cv-02710-WHO (PR)

**ORDER REOPENING ACTION**

In May 2024, this federal civil rights action was dismissed because plaintiff Elghembri failed to provide the last name of the sole defendant. (Dkt. No. 16.) A year later, he filed motions to reopen along with an amended complaint. (Dkt. Nos. 24 and 25.) The motion to reopen is GRANTED. The Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

The amended complaint will be reviewed in a separate order.

The Clerk shall reopen the action and terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** August 11, 2025

WILLIAM H. ORRICK
United States District Judge